**Judith O. BELT, Petitioner,**

v.

**DEPARTMENT OF COMMERCE, Respondent.**

**No. 04–3250.**

United States Court of Appeals, Federal Circuit.

July 1, 2004.

David R. Feniger, Mohrman & Kaardal, Minneapolis, MN, Jeanne E. Davidson, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Judith O. Belt, Churchton, MD, pro se.

*ORDER*

The court has received and filed the filing fee and the petitioner's statement concerning discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued June 15, 2004 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of filing of this order.